**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:  DURANOVIC, ENES                     §   Case No. 15-38141
                                            §
                                            §
                                            §
            Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/09/2015. The undersigned trustee was appointed on 09/29/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of             $       16,586.00

    Funds were disbursed in the following amounts:

    Payments made under an
       interim distribution                                           0.00
    Administrative expenses                                           0.00
    Bank service fees                                                55.30
    Other payments to creditors                                       0.00
    Non-estate funds paid to 3rd Parties                              0.00
    Exemptions paid to the debtor                                 1,500.00
    Other payments to the debtor                                      0.00

    Leaving a balance on hand of[1]              $       15,030.70

The remaining funds are available for distribution.

_____

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/03/2017 and the deadline for filing governmental claims was 01/03/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,258.60. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,258.60, for a total compensation of $2,258.60$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2.70 for total expenses of $2.70$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2017          By: /s/ Richard M. Fogel
                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 15-38141 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | DURANOVIC, ENES | Date Filed (f) or Converted (c): | 11/09/2015 (f) |
| | | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 01/04/2017 | Claims Bar Date: | 01/03/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Personal CK acct with Chase Bank ending 3471 ($182.18); personal SV acct with: Chase Bank ending 7614 ($135.18); business CK acct with Chase Bank ending 8020 ($222.49)<br>Personal CK acct with Chase Bank ending 3471 ($182.18); personal SV acct with: Chase Bank ending 7614 ($135.18); business CK acct with Chase Bank ending 8020 ($222.49)- Exempt (See Footnote) | 540.08 | 0.00 | | 0.00 | FA |
| 2* | Household goods, furnishings, electronics & appliances<br>Household goods, furnishings, electronics & appliances- Exempt (See Footnote) | 1,250.00 | 0.00 | | 0.00 | FA |
| 3* | Personal clothing<br>Personal clothing- Exempt (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 4* | 1,000 shares of stock, debtor's corporation, Agrokomerc, Inc, No par value<br>1,000 shares of stock, debtor's corporation, Agrokomerc, Inc, No par value (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5* | 1999 Freightliner Century truck 1.5 million miles, fair cond.; runs but needs repairs<br>1999 Freightliner Century truck 1.5 million miles, fair cond.; runs but needs repairs (See Footnote) | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Flatbed utility trailer (u) (u) | 0.00 | 15,086.00 | | 16,586.00 | FA |
| 6 | Assets     Totals     (Excluding unknown values) | **$7,890.08** | **$15,086.00** | | **$16,586.00** | **$0.00** |

RE PROP# 1    No value to estate- abandon at final meeting

RE PROP# 2    No value to estate- abandon at final meeting

RE PROP# 3    No value to estate- abandon at final meeting

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

| | |
|---|---|
| **Case No.:** 15-38141 | **Trustee Name:** (330720) Richard M. Fogel |
| **Case Name:** DURANOVIC, ENES | **Date Filed (f) or Converted (c):** 11/09/2015 (f) |
| | **§ 341(a) Meeting Date:** 12/15/2015 |
| **For Period Ending:** 01/04/2017 | **Claims Bar Date:** 01/03/2017 |

RE PROP# 4    No value to estate- abandon at final meeting

RE PROP# 5    No value to estate- abandon at final meeting

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    06/30/2017    **Current Projected Date Of Final Report (TFR):**    06/30/2017

**UST Form 101-7-TFR (5/1/2011)**

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| | |
|---|---|
| Case No.: | 15-38141 |
| Case Name: | DURANOVIC, ENES |
| Taxpayer ID #: | **-***8601 |
| For Period Ending: | 01/04/2017 |

| | |
|---|---|
| Trustee Name: | Richard M. Fogel (330720) |
| Bank Name: | Rabobank, N.A. |
| Account #: | ******3100 Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/2016 | {6} | BMO HARRIS BANK | Surplus after foreclosure sale | 1229-000 | 16,586.00 | | 16,586.00 |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 16,576.00 |
| 11/01/2016 | 101 | Enes Duranovic | Tools of trade exemption | 8100-002 | | 1,500.00 | 15,076.00 |
| 11/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.71 | 15,052.29 |
| 12/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.59 | 15,030.70 |
| | | **COLUMN TOTALS** | | | 16,586.00 | 1,555.30 | $15,030.70 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 16,586.00 | 1,555.30 | |
| | | Less: Payments to Debtors | | | | 1,500.00 | |
| | | **NET Receipts / Disbursements** | | | **$16,586.00** | **$55.30** | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 2

| | |
|---|---|
| **Case No.:** | 15-38141 |
| **Case Name:** | DURANOVIC, ENES |
| **Taxpayer ID #:** | **-***8601 |
| **For Period Ending:** | 01/04/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3100 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3100 Checking | $16,586.00 | $55.30 | $15,030.70 |
| | **$16,586.00** | **$55.30** | **$15,030.70** |

**UST Form 101-7-TFR (5/1/2011)**

Page: 1

# Exhibit C

## Exhibit C

**Case:** 15-38141                                    **ENES DURANOVIC**

Claims Bar Date: 01/03/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| FEE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>12/30/16 | | $2,258.60<br>$2,258.60 | $0.00 | $2,258.60 |
| TE | Richard M. Fogel<br>321 N. Clark St. #800<br>Chicago, IL 60654<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>12/30/16 | | $2.70<br>$2.70 | $0.00 | $2.70 |
| 1 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>10/05/16 | | $1,550.86<br>$1,550.86 | $0.00 | $1,550.86 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/16 | | $3,359.54<br>$3,359.54 | $0.00 | $3,359.54 |
| 3 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/16 | | $5,612.16<br>$5,612.16 | $0.00 | $5,612.16 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602<br><7100-000 Section 726(a)(2) General Unsecured Claims><br>, 610 | Unsecured<br>12/09/16 | | $8,525.49<br>$8,525.49 | $0.00 | $8,525.49 |

Page: 2

## Exhibit C

## Exhibit C

Case: 15-38141                         ENES DURANOVIC

Claims Bar Date: 01/03/17

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541<br><7100-900 Payments to Unsecured Credit Card Holders><br>, 610 | Unsecured<br>12/28/16 | | $3,464.25<br>$3,464.25 | $0.00 | $3,464.25 |

|  |  |  |  | Case Total: | $0.00 | $24,773.60 |

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-38141
Case Name: ENES DURANOVIC
Trustee Name: Richard M. Fogel

**Balance on hand:**  $            15,030.70

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $            15,030.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2,258.60 | 0.00 | 2,258.60 |
| Trustee, Expenses - Richard M. Fogel | 2.70 | 0.00 | 2.70 |

Total to be paid for chapter 7 administrative expenses:   $            2,261.30
Remaining balance:   $            12,769.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $            12,769.40

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 12,769.40 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,512.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 56.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 1,550.86 | 0.00 | 879.68 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 3,359.54 | 0.00 | 1,905.59 |
| 3 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 5,612.16 | 0.00 | 3,183.32 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 8,525.49 | 0.00 | 4,835.82 |
| 5 | Portfolio Recovery Associates, LLC | 3,464.25 | 0.00 | 1,964.99 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 12,769.40 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

**UST Form 101-7-TFR(5/1/2011)**

| | |
|---|---:|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**