# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 15-38141 |
| | ) | |
| Enes Duranovic, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Janet S. Baer |

## CERTIFICATE OF SERVICE

Richard M. Fogel, an attorney, state that on January 19, 2017, I caused a true and correct copy of the Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR) to be sent to the recipients listed on the attached Service List, via CM/ECF or proper postage prepaid from 321 N. Clark Street, Chicago, IL 60654, as indicated.

/s/ Richard M. Fogel

{4273 CER A0457665.DOC}

## SERVICE LIST

Office of the U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

Anthony J. Peraica
peraicalaw@aol.com

Enes Duranovic
1092 Arnold Court, Apt. 1
Des Plaines, IL 60016

PYOD, LLC its successors and assigns as assignee
of Citibank, N.A. Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Discover Bank Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541