**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: DURANOVIC, ENES § Case No. 15-38141
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $7,890.08 | Assets Exempt: | $9,890.08 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $12,769.40 | Claims Discharged Without Payment: | $49,588.67 |
| Total Expenses of Administration: | $2,316.60 | | |

    3) Total gross receipts of $16,586.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,500.00 (see **Exhibit 2**), yielded net receipts of $15,086.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,316.60 | $2,316.60 | $2,316.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $62,609.48 | $22,512.30 | $22,512.30 | $12,769.40 |
| **TOTAL DISBURSEMENTS** | $62,609.48 | $24,828.90 | $24,828.90 | $15,086.00 |

4) This case was originally filed under chapter 7 on 11/09/2015. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/10/2017            By: /s/ Richard M. Fogel
                                  Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Flatbed utility trailer (u) | 1229-000 | $16,586.00 |
| TOTAL GROSS RECEIPTS | | $16,586.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Enes Duranovic | Tools of trade exemption | 8100-002 | $1,500.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $1,500.00 |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Richard M. Fogel | 2100-000 | NA | $2,258.60 | $2,258.60 | $2,258.60 |
| Trustee, Expenses - Richard M. Fogel | 2200-000 | NA | $2.70 | $2.70 | $2.70 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $55.30 | $55.30 | $55.30 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $2,316.60 | $2,316.60 | $2,316.60 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $1,503.97 | $1,550.86 | $1,550.86 | $879.68 |
| 2 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $3,359.54 | $3,359.54 | $3,359.54 | $1,905.59 |
| 3 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $5,552.57 | $5,612.16 | $5,612.16 | $3,183.32 |
| 4 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | 7100-000 | $8,525.49 | $8,525.49 | $8,525.49 | $4,835.82 |
| 5 | Portfolio Recovery Associates, LLC | 7100-900 | $3,822.14 | $3,464.25 | $3,464.25 | $1,964.99 |
| N/F | Bank of America | 7100-000 | $8,867.77 | NA | NA | NA |
| N/F | Capital One GM Card | 7100-000 | $0.00 | NA | NA | NA |
| N/F | Chase Cardmember Service | 7100-000 | $12,687.41 | NA | NA | NA |
| N/F | Chase Cardmember Svc | 7100-000 | $7,876.91 | NA | NA | NA |
| N/F | PNC Bank | 7100-000 | $6,934.72 | NA | NA | NA |
| N/F | Phillip H. Marlowski DO | 7100-000 | $2,515.00 | NA | NA | NA |
| N/F | Power Lube LLC | 7100-000 | $290.00 | NA | NA | NA |
| N/F | Synchrony Bank/"R" Us | 7100-000 | $0.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

|     |                          |          |             |             |             |             |
| --- | ------------------------ | -------- | ----------- | ----------- | ----------- | ----------- |
| N/F | Synchrony Bank/Lowe's    | 7100-000 | $0.00       | NA          | NA          | NA          |
| N/F | Walmart/Synchrony Bank   | 7100-000 | $673.96     | NA          | NA          | NA          |
|     | **TOTAL GENERAL UNSECURED CLAIMS** |  | **$62,609.48** | **$22,512.30** | **$22,512.30** | **$12,769.40** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

| Case No.: | 15-38141 | Trustee Name: | (330720) Richard M. Fogel |
|---|---|---|---|
| Case Name: | DURANOVIC, ENES | Date Filed (f) or Converted (c): | 11/09/2015 (f) |
| | | § 341(a) Meeting Date: | 12/15/2015 |
| For Period Ending: | 03/10/2017 | Claims Bar Date: | 01/03/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1* | Personal CK acct with Chase Bank ending 3471 ($182.18); personal SV acct with: Chase Bank ending 7614 ($135.18); business CK acct with Chase Bank ending 8020 ($222.49)<br>Personal CK acct with Chase Bank ending 3471 ($182.18); personal SV acct with: Chase Bank ending 7614 ($135.18); business CK acct with Chase Bank ending 8020 ($222.49)- Exempt (See Footnote) | 540.08 | 0.00 | | 0.00 | FA |
| 2* | Household goods, furnishings, electronics & appliances<br>Household goods, furnishings, electronics & appliances- Exempt (See Footnote) | 1,250.00 | 0.00 | | 0.00 | FA |
| 3* | Personal clothing<br>Personal clothing- Exempt (See Footnote) | 100.00 | 0.00 | | 0.00 | FA |
| 4* | 1,000 shares of stock, debtor's corporation, Agrokomerc, Inc, No par value<br>1,000 shares of stock, debtor's corporation, Agrokomerc, Inc, No par value (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| 5* | 1999 Freightliner Century truck 1.5 million miles, fair cond.; runs but needs repairs<br>1999 Freightliner Century truck 1.5 million miles, fair cond.; runs but needs repairs (See Footnote) | 6,000.00 | 0.00 | | 0.00 | FA |
| 6 | Flatbed utility trailer (u) (u) | 0.00 | 15,086.00 | | 16,586.00 | FA |
| 6 | **Assets    Totals**    (Excluding unknown values) | **$7,890.08** | **$15,086.00** | | **$16,586.00** | **$0.00** |

RE PROP# 1      No value to estate- abandon at final meeting

RE PROP# 2      No value to estate- abandon at final meeting

RE PROP# 3      No value to estate- abandon at final meeting

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| | | | |
|---|---|---|---|
| **Case No.:** | 15-38141 | **Trustee Name:** | (330720) Richard M. Fogel |
| **Case Name:** | DURANOVIC, ENES | **Date Filed (f) or Converted (c):** | 11/09/2015 (f) |
| | | **§ 341(a) Meeting Date:** | 12/15/2015 |
| **For Period Ending:** | 03/10/2017 | **Claims Bar Date:** | 01/03/2017 |

    RE PROP# 4        No value to estate- abandon at final meeting

    RE PROP# 5        No value to estate- abandon at final meeting

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     06/30/2017          **Current Projected Date Of Final Report (TFR):**     01/19/2017 (Actual)

**UST Form 101-7-TDR ( 10 /1/2010)**

Exhibit 9
Page: 1

## Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-38141 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | DURANOVIC, ENES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8601 | Account #: | ******3100 Checking |
| For Period Ending: | 03/10/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/26/2016 | {6} | BMO HARRIS BANK | Surplus after foreclosure sale | 1229-000 | 16,586.00 |  | 16,586.00 |
| 10/31/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 16,576.00 |
| 11/01/2016 | 101 | Enes Duranovic | Tools of trade exemption | 8100-002 |  | 1,500.00 | 15,076.00 |
| 11/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 23.71 | 15,052.29 |
| 12/30/2016 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 21.59 | 15,030.70 |
| 02/15/2017 | 102 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $2,258.60; Claim # FEE; Filed: $2,258.60 | 2100-000 |  | 2,258.60 | 12,772.10 |
| 02/15/2017 | 103 | Richard M. Fogel | Distribution payment - Dividend paid at 100.00% of $2.70; Claim # TE; Filed: $2.70 | 2200-000 |  | 2.70 | 12,769.40 |
| 02/15/2017 | 104 | Discover Bank Discover Products Inc | Distribution payment - Dividend paid at 56.72% of $1,550.86; Claim # 1; Filed: $1,550.86 | 7100-000 |  | 879.68 | 11,889.72 |
| 02/15/2017 | 105 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 56.72% of $3,359.54; Claim # 2; Filed: $3,359.54 | 7100-000 |  | 1,905.59 | 9,984.13 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 15-38141 | Trustee Name: | Richard M. Fogel (330720) |
|---|---|---|---|
| Case Name: | DURANOVIC, ENES | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8601 | Account #: | ******3100 Checking |
| For Period Ending: | 03/10/2017 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/2017 | 106 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 56.72% of $5,612.16; Claim # 3; Filed: $5,612.16 | 7100-000 | | 3,183.32 | 6,800.81 |
| 02/15/2017 | 107 | PYOD, LLC its successors and assigns as assigneeof Citibank, N.A. Resurgent Capital Services | Distribution payment - Dividend paid at 56.72% of $8,525.49; Claim # 4; Filed: $8,525.49 | 7100-000 | | 4,835.82 | 1,964.99 |
| 02/15/2017 | 108 | Portfolio Recovery Associates, LLC | Distribution payment - Dividend paid at 56.72% of $3,464.25; Claim # 5; Filed: $3,464.25 | 7100-900 | | 1,964.99 | 0.00 |
| | | **COLUMN TOTALS** | | | 16,586.00 | 16,586.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 16,586.00 | 16,586.00 | |
| | | Less: Payments to Debtors | | | | 1,500.00 | |
| | | **NET Receipts / Disbursements** | | | **$16,586.00** | **$15,086.00** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| | |
|---|---|
| **Case No.:** | 15-38141 |
| **Case Name:** | DURANOVIC, ENES |
| **Taxpayer ID #:** | \*\*-\*\*\*8601 |
| **For Period Ending:** | 03/10/2017 |

| | |
|---|---|
| **Trustee Name:** | Richard M. Fogel (330720) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | \*\*\*\*\*\*3100 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| \*\*\*\*\*\*3100 Checking | $16,586.00 | $15,086.00 | $0.00 |
| | **$16,586.00** | **$15,086.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**